1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
**JULIO CESAR MARTINEZ-SANCHEZ**
6

7

8

9 UNITED STATES DISTRICT COURT

10 EASTERN  DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA       )        **CASE NO.1:10-CR-00375LJO**
                                 )
13                               )        **ORDER ON STIPULATION**
            Plaintiff,           )        **TO   CONTINUE   STATUS**
14                               )        **CONFERENCE HEARING**
                                 )
15     v.                        )
                                 )
16 JULIO CESAR MARTINEZ-SANCHEZ  )
                                 )
17          Defendant.            )
   _____)
18

19     The status conference in this case currently scheduled for December 19, 2011 at 1:00

20 p.m. is continued to January 9, 2012 at 1:00 p.m. before the Honorable Judge Lawrence J.

21 O'Neill.   Time is excluded.   Good cause is established.

22

23

24

25

26

27

28

1                                                         IT IS SO ORDERED.

2   **Dated:**   **December 14, 2011**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE